Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

*RADO's*  *FILED*

# UNITED STATES DISTRICT COURT

### for the

N/S    ~~CENTRAL~~ District of ~~CA~~

~~WESTERN~~ **Division**

*2025 JUN -5 PM 1:59*

*CLERK U.S. DISTRICT COURT*
*CENTRAL DIST. OF CALIF*
*LOS ANGELES*
*BY: ___ GSA*

|  |  |
|---|---|
| Kali Zulu | ) Case No. ___ *2:25CV05117-AH-AS* |
|  | ) |
|  | ) *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) |
| -v- | ) |
|  | ) |
|  | ) |
| ~~SEE ATTACHED~~ | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) |

*PAID*

*JUN -5 2025*

*CLERK U.S. DISTRICT COURT*
*COURT 4812*

## COMPLAINT AND REQUEST FOR INJUNCTION

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | KALI ZULU |
| Street Address | PO BOX 2101 |
| City and County | SANTA MARIA, SANTA BARBARA COUNTY |
| State and Zip Code | CA 93455 |
| Telephone Number | 805-478-5926 |
| E-mail Address | 805ZULU@GMAIL.COM |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | DONALD J. TRUMP |
| Job or Title *(if known)* | PRESIDENT |
| Street Address | 300 N. LOS ANGELES ST, SUITE 7516 |
| City and County | LOS ANGELES, LOS ANGELES COUNTY |
| State and Zip Code | CA 90012 |
| Telephone Number | (213) 894-2400 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | JAMES D. VANCE |
| Job or Title *(if known)* | VICE PRESIDENT |
| Street Address | 300 N. LOS ANGELES ST, SUITE 7516 |
| City and County | LOS ANGELES, LOS ANGELES COUNTY |
| State and Zip Code | CA 90012 |
| Telephone Number | (213) 894-2400 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | PETER B. HEGSETH |
| Job or Title *(if known)* | SECRETARY OF DEFENSE |
| Street Address | 300 N. LOS ANGELES ST, SUITE 7516 |
| City and County | LOS ANGELES, LOS ANGELES COUNTY |
| State and Zip Code | CA 90012 |
| Telephone Number | (213) 894-2400 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | JOHN L RATCLIFF |
| Job or Title *(if known)* | DIRECTOR OF CENTRAL INTELLIGENCE AGENCY |
| Street Address | 300 N. LOS ANGELES ST, SUITE 7516 |
| City and County | LOS ANGELES, LOS ANGELES COUNTY |
| State and Zip Code | CA 90012 |
| Telephone Number | (213) 894-2400 |
| E-mail Address *(if known)* | |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

SEE ATTACHMENT. (ATCH 3, PG 1 THROUGH 9)

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b.    If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

    and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____.  Or is a citizen of *(foreign nation)* _____.

Page 3 of  6

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

  b.  If the defendant is a corporation

    The defendant, *(name)* _____, is incorporated under

    the laws of the State of *(name)* _____, and has its

    principal place of business in the State of *(name)* _____

    Or is incorporated under the laws of *(foreign nation)* _____,

    and has its principal place of business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

  3.  The Amount in Controversy

    The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. A.  Where did the events giving rise to your claim(s) occur? CALIFORNIA, NEVADA, ARIZONA

1  TEXAS, FLORIDA, MISSOURI, OKLAHOMA, ILLINOIS, ARKANSAS, KANSAS,

2  TENNESSEE, KENTUCKY ; CENTRALLY IN THE TRI-COUNTY AREA AND OTHER

3  COUNTIES IN CALIFORNIA (BY TRUST TO VULNERABILITY / CRIME) — THEN

4  CONTINUING INTO OTHER STATES OF USA, AS CIA, DOJ SOCIAL SUPREMACY.

2. B.  What date and approximate time did the events giving rise to your claim(s) occur?

5  SINCE XXXX: ONGOING FOR DECADES (XXXX - 2024 JULY 9 - AUG.12 - OCTOBER

6  12 - OCTOBER 22 (.)) CONSTANT NEW PREDATION TO FURTHER ORIGINAL INJURY

7  (INJURIES BY RICO) WITH MARKED SYMBOLISM TO GRAND ACCELERATIONS TO MORE VICIOUS

8  ORGAN INJURY TO HER, FOR HER HOMICIDE - ORGANIZED CRIME COMFORT AND CONTROL.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C.    **What are the facts underlying your claim(s)?** *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

3.                          IT IS GOVERNMENT LED AMBUSH — AS SOCIAL ORDER BY CIA SOCIETY, AS COMMUNITY. DEFENDANTS DEMAND HER OBEDIENCE TO THEIR KILLING PLANS TO HER AND (+) REFUSE BY EXTREME VIOLENCE TO HER TO ACCEPT HER IDENTITY. SHE NEEDS AN INJUNCTION TO SHOW EVIDENCE, INJURIES AND LOSS OF PROPERTY. SEE ATCH. 4 — . LAW ENFORCEMENT (LE) (FEDERAL, STATE, LOCAL) KNOWINGLY, PURPOSEFULLY FAILING TO SECURE HER SAFETY BEFORE AND AFTER 1993.

## IV.    Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

4.                  KALI ZULU (DRACO (KRUTIN WATTS)) IS THE TARGET OF FEDERAL, STATE, COUNTY, CITY OFFICIALS + PERSONNEL FOR BUTCHERING DEATH BY ORGAN INJURY THAT ACT WITH CLANDESTINE SERVICE PERSONNEL IN COMMUNITY TO COMMUNITY POLICING (LE) TO CRIMES OF VIOLENCE (AS DEFINED IN 18 USC SEC. 1111) TO HER, AS CITED TO TITLE 18 USC AND CA PENAL CODE. SHE IS BEING DENIED HER IDENTITY, HER BODY, HER HEALTH, HER AMBITIONS, HER GOALS, HER EMPLOYMENT, + PROPERTY. ATCH. SHOWS HOW THE KILLING GAME WORKS.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

5.                  PLAINTIFF REQUESTS THE COURT TO ORDER GOVERNMENT DEFENDANTS TO ENSURE SAFETY OF HER PERSON AND RIGHT TO ENJOY AND DEFEND LIFE, LIBERTY, ACQUIRING, POSSESSING, AND PROTECTING PROPERTY, AND PURSUING AND OBTAINING SAFETY HAPPINESS AND PRIVACY: SAFETY OF HER AT WORK, SAFETY OF HER PROPERTY, AND HER BODY AND HEALTH, AND SAFETY OF HER IN COMMUNITY — AT ANY AND ALL LOCATIONS AND SAFETY OF HER GOALS (ETC.) BY LAW, REGULATION AND POLICY, AS STATED IN ATCH. 5

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff    _KALI ZULU_____

Printed Name of Plaintiff    _KALI ZULU_____

### B.    For Attorneys

Date of signing: _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

TABLE OF CONTENTS FOR

COMPLAINT AND REQUEST FOR INJUNCTION

| | | | |
|---|---|---|---|
| 1 | I. | PARTIES TO THIS COMPLAINT | 1 |
| | A. | PLAINTIFF | 1 |
| | B. | DEFENDANTS, SEE PG 2 AND ATTACHMENTS | 2 |
| 2 | II. | BASIS FOR JURISDICTION | 2 |
| | A. | FEDERAL QUESTION, PG 2 AND ATTACHMENTS | 2 |
| | | 18 USC. SEC. 1111 MURDER | |
| | | 18 USC SEC. 1113 ATTEMPTED MURDER | |
| | | 18 USC SEC. 2340 DEFINITIONS | |
| | | 18 USC SEC. 3 ACCESSORY AFTER THE FACT | |
| | | 18 USC SEC. 2, PRINCIPALS | |
| | | 18 USC SEC. 1503 INFLUENCING OR INJURYING (.) | |
| 3 | | 42 USC SEC. 1983 CIVIL ACTION FOR DEPRIVATION(.) | |
| | | 18 USC SEC. 241 CONSPIRACY AGAINST CIVIL RIGHTS | |
| | | 28 USC SEC. 533 INVESTIGATIVE AND OTHER OFFICIALS (.) | |
| | | 18 USC SEC. 1001 STATEMENTS OR ENTRIES GENERALLY | |
| 4 | | 18 USC SEC. 1117 CONSPIRACY TO MURDER | |
| | | 18 USC SEC. 16 CRIME OF VIOLENCE DEFINED | |
| | | 28 USC SEC. 4101 DEFINITIONS (1) DEFAMATION(.) | |
| | | 18 USC SEC. 245 FEDERALLY PROTECTED ACTIVITIES | |
| 5 | | 18 USC SEC. 242 DEPRIVATION OF RIGHTS UNDER (.) | |

US CONST. ARTICLE 1, SEC. 9 NO EX POST FACTO LAW

28 USC SEC. 1391 (e) VENUE GENERALLY

18 USC SEC. 175 PROHIBITION WITH RESPECT TO (.)

6    18 USC SEC. 176 [BIOLOGICAL WEAPONS] SEIZURE(.)

18 USC SEC. 177 [BW] INJUNCTIONS

18 USC SEC. 178 [BW] DEFINITIONS

18 USC SEC. 229 [REGULATION OF CHEMICAL WEAPONS]

18 USC SEC. 229 F [RCW] DEFINITIONS

7    18 USC SEC. 371 CONSPIRACY TO COMMIT OFFENSE OR TO
                DEFRAUD THE UNITED STATES

8    18 USC SEC. 1114 PROTECTION OF OFFICERS & EMPLOYEES.

18 USC SEC. 373 SOLICITATION TO COMMIT A CRIME
                OF VIOLENCE

9    18 USC SEC. 249 HATE CRIME

10    18 USC SEC. 1365 (h)(3) "SERIOUS BODILY INJURY"

5 USC SEC. 553 RULE MAKING (FEDERAL ONLY)

28 USC SEC. 1331 FEDERAL QUESTION

US CONST. ARTICLE IV, SEC. 2, CLS 1, PRIVILEGES
                AND IMMUNITIES CLAUSE

11    US CONST. NO EX POST FACTO LAW (ARTICLE 1, SEC. 9
CLAUSE 3 (WITH RESPECT TO FEDERAL LAWS) AND)
ARTICLE 1, SEC. 10 (WITH RESPECT TO STATE LAWS)

COMPLAINT & REQUEST FOR INJUNCTION, P4  2  of 4

12    CA CONST. ARTICLE I, DECLARATION OF RIGHTS
      SEC 7 (a), (b)

13    CA CONST. ARTICLE I, DECLARATION OF RIGHTS
      SEC 28 (a) (1) (2) (3) (4) (5) (6) (7) (8)

14    CA PENAL CODE (PC) 664/187 (a)
                    ATTEMPTED MURDER
15    CA PC 653f SOLICITATION (a) (b)
      CA PC 182 CONSPIRACY (a)(1)(2)(3)(4)(5)
      CA PC 203 MAYHEM

16    CA PC 205 AGGRAVATED MAYHEM
      CA PC 206 TORTURE
      CA PC 242 BATTERY
      CA PC 31 AIDING AND ABETTING
      CA PC 667.5 (c) VIOLENT FELONY

17    III   STATEMENT OF CLAIM
      A.    VARIOUS STATES, COUNTIES AND CITIES OF USA    4
      B.    VARIOUS DATES AND TIMES    4
      C.    GOVERNMENT LED AMBUSH FOR HER HOMICIDE    5

18    ATTACHMENTED PAGES    — 34 STATEMENTS
      FALLING UNDER SEC. III, SHOWING WHO IS INVOLVED,
      HOW THE INJURIES OCCUR, CENTRAL COORDINATION
      TO HER DEATH WARRANT

19    IV    IRREPARABLE INJURY

20    V    RELIEF

21    VI    CERTIFICATE AND CLOSING

22        ATTACHMENT(S)
            SEC. III - 34 STATEMENTS
            SEC. IV - IRREPARABLE INJURY
            SEC. V - RELIEF SOUGHT

23        EXHIBIT (1)
            BIDEN ADMINISTRATION

1   DONALD J. TRUMP, JAMES D. VANCE, PETER B. HEGSETH,

2   JOHN L. RATCLIFF, THOMAS SYLVESTER JR, JAMES DAN PEDERSON,

3   JEFFREY A. KRUSE, PAMELA JO BONDI, KASHYAP P.V. PATEL,

4   JOSEPH R. BIDEN JR, HILLARY D.R. CLINTON, THE UNITED STATES

5   TULSI GABBARD, ROBERT S. MUELLER III, GEORGE W. BUSH,

6   DEPART. OF DEFENSE, CENTRAL INTELLIGENCE AGENCY,

7   DIRECTORATE OF OPERATIONS, DEFENSE INTELLIGENCE AGENCY,

8   DEPART. OF JUSTICE, FEDERAL BUREAU OF INVESTIGATION,

9   UNITED STATES CONGRESS, MARCO A. RUBIO.

COMPLAINT AND REQUEST FOR INJUNCTION, ATCH 1, PG 1 OF 1

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

**Defendant No** 5

Name
THOMAS SYLVESTER, JR

Job or Title *(if known)*
DEPUTY DIRECTOR OF OPERATIONS, CIA

Street Address
300 N. LOS ANGELES ST, SUITE 7516

City and County
LOS ANGELES, LOS ANGELES COUNTY

State and Zip Code
CA 90012

Telephone Number
(213) 894-2400

E-mail Address *(if known)*

**Defendant No.** 6

Name
JAMES

Job or Title *(if known)*
COMMANDING OFFICER, CLANDESTINE SERVICE

Street Address
300 N. LOS ANGELES ST, SUITE 7516

City and County
LOS ANGELES, LOS ANGELES COUNTY

State and Zip Code
CA 90012

Telephone Number
(213) 894-2400

E-mail Address *(if known)*

**Defendant No.** 7

Name
DAN PEDERSON

Job or Title *(if known)*
CIA OFFICER

Street Address
300 N. LOS ANGELES ST, SUITE 7516

City and County
LOS ANGELES, LOS ANGELES COUNTY

State and Zip Code
CA 90012

Telephone Number
(213) 894-2400

E-mail Address *(if known)*

**Defendant No.** 8

Name
JEFFREY A. KRUSE

Job or Title *(if known)*
DIRECTOR OF DEFENSE INTELLIGENCE AGENCY

Street Address
300 N. LOS ANGELES ST, SUITE 7516

City and County
LOS ANGELES, LOS ANGELES COUNTY

State and Zip Code
CA 90012

Telephone Number
(213) 894-2400

E-mail Address *(if known)*

COMPLAINT AND REQUEST FOR INJUNCTION, ATCM 2, PG 1 OF 5

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 9

Name                          PAMELA JO BONDI
Job or Title *(if known)*     UNITED STATES ATTORNEY GENERAL
Street Address                300 N. LOS ANGELES ST, SUITE 7516
City and County               LOS ANGELES, LOS ANGELES COUNTY
State and Zip Code            CA 90012
Telephone Number             (213) 894-2400
E-mail Address *(if known)*

Defendant No. 10

Name                          KASHYAP P.V. PATEL
Job or Title *(if known)*     DIRECTOR OF FEDERAL BUREAU INVESTIGATION
Street Address                300 N. LOS ANGELES ST, SUITE 7516
City and County               LOS ANGELES, LOS ANGELES COUNTY
State and Zip Code            CA 90012
Telephone Number             (213) 894-2400
E-mail Address *(if known)*

Defendant No. 11

Name                          JOSEPH R. BIDEN JR.
Job or Title *(if known)*     PRESIDENT (2021-2025)
Street Address                300 N. LOS ANGELES ST, SUITE 7516
City and County               LOS ANGELES, LOS ANGELES COUNTY
State and Zip Code            CA 90012
Telephone Number             (213) 894-2400
E-mail Address *(if known)*

Defendant No. 12

Name                          HILLARY D. R. CLINTON
Job or Title *(if known)*     US SECRETARY OF STATE (2009-2013)
Street Address                300 N. LOS ANGELES ST, SUITE 7516
City and County               LOS ANGELES, LOS ANGELES COUNTY
State and Zip Code            CA 90012
Telephone Number             (213) 894-2400
E-mail Address *(if known)*

COMPLAINT AND REQUEST FOR INJUNCTION, ATCH 2, PG 2 OF 5

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 13

Name       THE UNITED STATES

Job or Title *(if known)*

Street Address      300 N. LOS ANGELES ST, SUITE 7516

City and County    LOS ANGELES, LOS ANGELES COUNTY

State and Zip Code    CA 90012

Telephone Number    (213) 894-2400

E-mail Address *(if known)*

Defendant No. 14

Name       TULSI GABBARD

Job or Title *(if known)*   DIRECTOR OF NATIONAL INTELLIGENCE

Street Address      300 N. LOS ANGELES ST, SUITE 7516

City and County    LOS ANGELES, LOS ANGELES COUNTY

State and Zip Code    CA 90012

Telephone Number    (213) 894-2400

E-mail Address *(if known)*

Defendant No 15

Name       ROBERT S. MUELLER III

Job or Title *(if known)*   DIRECTOR OF FEDERAL BUREAU INVESTIGATION

Street Address      300 N. LOS ANGELES ST, SUITE 7516

City and County    LOS ANGELES, LOS ANGELES COUNTY

State and Zip Code    CA 90012

Telephone Number    (213) 894-2400

E-mail Address *(if known)*

Defendant No. 16

Name       GEORGE W. BUSH

Job or Title *(if known)*   PRESIDENT

Street Address      300 N. LOS ANGELES ST, SUITE 7516

City and County    LOS ANGELES, LOS ANGELES COUNTY

State and Zip Code    CA 90012

Telephone Number    (213) 894-2400

E-mail Address *(if known)*

COMPLAINT AND REQUEST FOR INJUNCTION, ATCH 2, PG 3 OF 5

Defendant No. 17

Name — DEPART. OF DEFENSE

Job or Title (if known)

Street Address — 300 NORTH LOS ANGELES ST, SUITE 7516

City and County — LOS ANGELES, LOS ANGELES COUNTY

State and Zip Code — CA 90012

Telephone Number — (213) 894-2400

E-mail Address (if known)

Defendant No. 18

Name — CENTRAL INTELLIGENCE AGENCY

Job or Title (if known)

Street Address — 300 NORTH LOS ANGELES ST, SUITE 7516

City and County — LOS ANGELES, LOS ANGELES COUNTY

State and Zip Code — CA 90012

Telephone Number — (213) 894-2400

E-mail Address (if known)

Defendant No 19

Name — DIRECTORATE OF OPERATIONS

Job or Title (if known)

Street Address — 300 N. LOS ANGELES ST, SUITE 756

City and County — LOS ANGELES, LOS ANGELES COUNTY

State and Zip Code — CA 90012

Telephone Number — (213) 894-2400

E-mail Address (if known)

Defendant No. 20

Name — DEFENSE INTELLIGENCE AGENCY

Job or Title (if known)

Street Address — 300 N. LOS ANGELES ST. SUITE 7516

City and County — LOS ANGELES, LOS ANGELES COUNTY

State and Zip Code — CA 90012

Telephone Number — (213) 894-2400

E-mail Address (if known)

COMPLAINT AND REQUEST FOR INJUNCTION, ATCH 2, PG 4 OF 5

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 21

Name                              DEPART. OF JUSTICE

Job or Title *(if known)*

Street Address                    300 N. LOS ANGELES ST, SUITE 7516

City and County                   LOS ANGELES, LOS ANGELES COUNTY

State and Zip Code                CA 90012

Telephone Number                  (213) 894-2400

E-mail Address *(if known)*


Defendant No 22

Name                              FEDERAL BUREAU OF INVESTIGATION

Job or Title *(if known)*

Street Address                    300 N. LOS ANGELES ST, SUITE 7516

City and County                   LOS ANGELES, LOS ANGELES COUNTY.

State and Zip Code                CA 90012

Telephone Number                  (213) 894-2400

E-mail Address *(if known)*


Defendant No. 23

Name                              UNITED STATES CONGRESS

Job or Title *(if known)*

Street Address                    300 N. LOS ANGELES ST, SUITE 7516

City and County                   LOS ANGELES, LOS ANGELES COUNTY

State and Zip Code                CA 90012

Telephone Number                  (213) 894-2400

E-mail Address *(if known)*


Defendant No. 24

Name                              MARCO A. RUBIO

Job or Title *(if known)*         SECRETARY OF STATE

Street Address                    300 N. LOS ANGELES ST, SUITE 7516

City and County                   LOS ANGELES, LOS ANGELES COUNTY

State and Zip Code                CA 90012

Telephone Number                  (213) 894-2400

E-mail Address *(if known)*


COMPLAINT AND REQUEST FOR INJUNCTION, ATCH 2, PG 5 OF 5

(II. BASIS FOR JURISDICTION. A.)

1.    18 USC SEC. 1111 MURDER (a)(c)(1)(4)(5)(6) (JUNE 25, 1948, CH. 645, 62 STAT. 756; PUB. L. 98-473, TITLE II, SEC. 1004; OCT. 12, 1984, 98 STAT 2138; PUB. L. 99-646, SEC. 87 (c)(4) NOV. 10, 1986, 100 STAT 3623; PUB. L. 99-654, SEC. 3(a)(4), NOV. 14, 1986, 100 STAT 3663; PUB. L. 100-690, TITLE VII, SEC. 7025, NOV. 18, 1988, 102 STAT. 4397; PUB. L. 103-322, TITLE VI, SEC. 60003(a)(4), SEPT. 13, 1994, 108 STAT. 1969; PUB. L. 108-21, TITLE I, SEC. 102, APR. 30, 2003, 117 STAT 652.)

2.    18 USC SEC. 1113 ATTEMPT TO COMMIT MURDER OR MANSLAUGHTER (JUNE 25, 1948, CH. 645, 62 STAT. 756.)

3.    18 USC SEC. 2340 DEFINITIONS (1) "TORTURE"; (2) "SEVERE MENTAL PAIN OR SUFFERING" (A)(B)(C) OR (D); (3) "UNITED STATES" MEANS (.) (ADDED PUB. L. 103-236, TITLE V, SECTION 506(a) APR. 30, 1994, 108 STAT. 463; AMENDED PUB. L. 103-415, SECTION 1(K), OCT. 25, 1994, 108 STAT 4301.)

4.    18 USC SEC. 3 ACCESSORY AFTER THE FACT (JUNE 25, 1948, CH. 645, 62 STAT. 684.)

5.    18 USC SEC. 2 PRINCIPALS (a)(b) (JUNE 25, 1948, CH. 645, 62 STAT. 684.)

6.    18 USC SEC. 1503 INFLUENCING OR INJURING OFFICER OR JUROR GENERALLY (OMNIBUS CLAUSE) (JUNE 25, 1948, CH. 645,

62 STAT. 769; PUB. L. 97-291, SECTION 4(c), OCT. 12, 1982, 96 STAT. 1253; PUB. L. 103-322, TITLE VI, SECTION 60006, TITLE XXXIII, SECTION 330016 (1)(K), SEPT. 13, 1994, 108 STAT. 1974, 2147(.))

7.    42 USC SECTION (SEC.) 1983 CIVIL ACTION FOR DEPRIVATION OF RIGHTS (R.S. SEC. 1979; PUB. L. 96-170, SEC. 1, DEC. 29, 1979, 93 STAT. 1284; PUB. L. 104-317, TITLE III, SEC. 309 (c), OCT. 19, 1996, 110 STAT. 3853.)

8.    18 USC SEC. 241 CONSPIRACY AGAINST CIVIL RIGHTS. (JUNE 25, 1948, CH. 645, 62 STAT. 696; PUB. L. 90-284, TITLE I, SEC. 103(a), APR. 11, 1968; 82 STAT. 75; PUB. L. 100-690, TITLE VII, SEC. 7018(a),(b)(1) NOV. 18, 1988, 102 STAT. 4396; PUB. L. 103-322 TITLE VI, SEC. 60006(a), TITLE XXXII, SEC.(S) 320103(a), 320201(a) TITLE XXXIII, SEC. 330016(1)(L), SEPT. 13, 1994, 108 STAT. 1970, 2109, 2113, 2147; PUB. L. 104-294, TITLE VI, SEC.(S) 604(b)(14)(A), 607 (a), OCT 11, 1996, 110 STAT. 3507, 3511.)

9.    28 USC SEC. 533 INVESTIGATIVE AND (+) OTHER OFFICIALS; APPOINTMENT (ADDED PUB. L. 89-554, SEC. 4 (c), SEPT. 6, 1966, 80 STAT. 616; AMENDED PUB. L. 107-273, DIV. A, TITLE II, SEC. 204(e), NOV. 2, 2002, 116 STAT. 1776.)

10.    18 USC SEC. 1001 - STATEMENTS OR ENTRIES GENERALLY (a)(1)(2)(3),(b), (c)(1)(2) (JUNE 25, 1948, CH. 645, 62 STAT. 749; PUB. L. 103-322, TITLE XXXIII, SEC. 330016(1)(L), SEPT. 13, 1994,

108 STAT. 2147; PUB. L. 104-292, SEC. 2, OCT. 11, 1996, 110 STAT. 3459; PUB. L. 108-458, TITLE VI, SEC. 6703(a), DEC. 17, 2004, 118 STAT. 3766; PUB. L. 109-248, TITLE I, SEC. 141(c), JULY 27, 2006, 120 STAT. 603.)

11.    18 USC SEC. 1117 CONSPIRACY TO MURDER (ADDED PUB. L. 92-539, TITLE I, SEC. 101, OCT. 24, 1972, 86 STAT. 1071; AMENDED PUB. L. 103-322, TITLE VI, SEC. 60009(b)(1), SEPT 13, 1994, 108 STAT. 1972.)

12    18 USC SEC. 16 CRIME OF VIOLENCE DEFINED (ADDED PUB. L. 98-473, TITLE II, SEC. 1001(a), OCT. 12, 1984, 98 STAT. 2136.)

13.    28 USC SEC. 4101 DEFINITIONS (1) DEFAMATION (2) DOMESTIC COURT (5) STATE (ADDED PUB L. 111-223, SEC. 3(a) AUG. 10, 2010, 124 STAT. 2381.)

14    18 USC SEC. 245 FEDERALLY PROTECTED ACTIVITIES (a)(1)(2)(b)(1)(3)(c)(4)(5) (ADDED PUB. L. 90-284, TITLE I, SEC. 101(a), APR. 11, 1968, 82 STAT. 73; AMENDED PUB. L. 100-690, TITLE VII, SEC. 7020(a), NOV. 18, 1988, 102 STAT 4396; PUB. L. 101-647, TITLE XII, SEC. 1205(b), NOV. 29, 1990, 104 STAT. 4850; PUB. L. 103-322, TITLE VI, SEC. 60006(c), TITLE XXXII, SEC. 320103(c) TITLE XXXIII, SEC. 330016(1)(H), (L), SEPT. 13, 1994, 108 STAT. 1971, 2109, 2147; PUB. L. 104-294, TITLE VI, SEC. 604(b)(14)(C), (37), OCT. 11, 1996, 110 STAT. 3507, 3509.)

15.    18 USC SEC. 242 DEPRIVATION OF RIGHTS UNDER COLOR OF LAW (JUNE 25, 1948, CH 645, 62 STAT 696; PUB. L. 90-284, TITLE 1, SEC. 103(b), APR. 11, 1968, 82 STAT. 75; PUB. L. 100-690, TITLE VII, SEC. 7019, NOV. 18, 1988, 102 STAT. 4396; PUB. L. 103-322, TITLE VI, SEC. 60006(b), TITLE XXXII, SEC.(S) 320103(b), 320201(b), TITLE XXXIII, 330016(1)(H), SEPT. 13, 1994, 108 STAT. 1970, 2109, 2113, 2147; PUB. LAW 104-294, TITLE VI, SEC.(S) 604(b)(14)(13), 607(a), OCT. 11, 1996, 110 STAT. 3507, 3511.)

16    U.S. CONST. NO EX POST FACTO LAW (ARTICLE 1, SECTION 9, CLAUSE 3 (WITH RESPECT TO FEDERAL LAWS), AND ARTICLE 1, SECTION 10 (WITH RESPECT TO STATE LAWS).)

17    28 USC SEC. 1391 (e) VENUE GENERALLY (a)(1)(2), (b)(2)(3), (c)(1), (e)(1)(2) (ADDED JUNE 25, 1948, CH. 646, 62 STAT. 935; PUB. L. 87-748, SEC. 2, OCT. 5, 1962, 76 STAT. 744; PUB. L. 89-714, SEC. (S) 1, 2, NOV. 2, 1966, 80 STAT. 1111; PUB. L. 94-574, SEC. 3, OCT. 21, 1976, 90 STAT. 2721; PUB. L. 101-650, TITLE III, SEC. 311 DEC. 1, 1990, 104 STAT. 5114; PUB. L. 102-198, SEC. 3, DEC. 1, 1991, 105 STAT. 1623; PUB. L 112-63, TITLE II, SEC. 202, DEC. 7, 2011, 125 STAT. 763.)

18    18 USC SEC. 175 PROHIBITIONS WITH RESPECT TO BIOLOGICAL WEAPONS (a)(b)(c) (ADDED PUB. L. 101-298, SEC. 3(a), MAY 22, 1990, 104 STAT. 201; AMENDED PUB. L. 104-132, TITLE V, SEC. 511(b)(1), APR. 24, 1996, 110 STAT. 1284; PUB. L. 107-56, TITLE VIII, SEC. 817(1) OCT. 26, 2001, 115 STAT. 385; PUB. L.

107-188, TITLE II, Sec. 231(c)(1) JUNE 12, 2002, 116 STAT. 661.)

19     18 USC Sec. 176 [BIOLOGICAL WEAPONS (BW)] SEIZURE FORFEITURE, AND DESTRUCTION (a)(1)(A)(B)(2), (b), (c)(1)(2) (ADDED PUB. L. 101-128, Sec. (3)(a) MAY 22, 1990, 104 STAT. 202; AMENDED PUB. L. 103-322, TITLE XXXIII, Sec. 330010(16), SEPT. 13, 1994, 108 STAT. 2144; PUB. L. 107-188, TITLE II, Sec. 231(c)(3), JUNE 12, 2002, 116 STAT. 661.)

20     18 USC Sec. 177 [BW] INJUNCTIONS (a)(1)(2)(3), (b)(1) (2) (ADDED PUB. L. 101-298, Sec. 3(a), MAY 22, 1990; AMENDED PUB. L. 104-132, TITLE V, Sec. 511(b)(2), APR. 24, 1996, 110 STAT. 1284.)

21     18 USC Sec. 178 [BW] DEFINITIONS (1)(A)(B)(C), (2)(A)(B), (3) (A)(B), (4), (5) (ADDED PUB. L. 101-298, Sec. 3(a), MAY 22, 1990, 104 STAT. 202; AMENDED PUB. L. 104-132, TITLE V, Sec. 511(b)(3), APR. 24, 1996, 110 STAT. 1284, 1299; PUB. L. 107-188, TITLE II, Sec. 231(c)(4), JUNE 12, 2002, 116 STAT. 661.)

22     18 USC SEC. 229 [REGULATION OF CHEMICAL WEAPONS (RCW)] PROHIBITED ACTIVITIES (a)(1)(2), (b)(1)(2)(A)(B), (c)(1) (ADDED PUB. L. 105-277, DIV. I, TITLE II, Sec. 201(a) OCT. 21, 1998, 112 STAT. 2681-866.)

23     18 USC SEC. 229F [RCW] DEFINITIONS (1)(A)(B)(C), (2), (3)(5) (6)(A)(B) (7)(A)(B)(C)(D) (8)(A)(B), 9(A)(B)(C) (ADDED PUB. L. 105-277, DIV. I, TITLE II, SEC 201(a), OCT. 21, 1998, 112 STAT. 2681-869; AMENDED PUB. L. 109-304, SEC. 17(d)(4), OCT. 6, 2006, 120 STAT. 1707.)

24    18 USC SEC. 371 ———— CONSPIRACY TO COMMIT OFFENSE OR TO DEFRAUD THE UNITED STATES (JUNE 25, 1948, CH. 645, 62 STAT. 701; PUB. L. 103-322, TITLE XXXIII, SEC. 330016 (1) (L), SEPT. 13, 1994, 108 STAT. 2147.)

25    18 USC SEC. 1114 PROTECTION OF OFFICERS AND EMPLOYEES OF THE UNITED STATES (a) (1) (2) (3), (b) (JUNE 25, 1948, CH. 645, 62 STAT. 756; MAY 24, 1949, CH. 139, SEC. 24, 63 STAT. 93; OCT. 31, 1951, CH. 655, SEC. 28, 65 STAT. 721; PUB. L. 98-473, TITLE II, SEC. 1012, OCT. 12, 1984, 98 STAT. 2142; PUB. L. 98-557, SEC. 17(c), OCT. 30, 1984, 98 STAT. 2868; PUB. L. 103-322 TITLE VI, SEC. 60007, TITLE XXXIII, SEC. 330009(c), 330011 (g), SEPT. 13, 1994, 108 STAT. 1971, 2143, 2145; PUB. L. 104-132, TITLE VII, SEC. 727 (a), APR. 24, 1996, 110 STAT. 1302; PUB. L. 104-294, TITLE VI, SEC. 601 (f) (2), OCT. 11, 1996, 110 STAT. 3499; PUB. L. 107-273, div. B. TITLE IV, SEC. 4002 (c) (1), NOV. 2, 2002, 116 STAT. 1808; PUB. L. 117-59, SEC. 3 (3), NOV. 18, 2021, 135 STAT. 1469; (PUB. L. 101-647, TITLE XVI, SEC. 1606, TITLE XXXV, SEC. 3535, NOV. 29, 1990, 104 STAT. 4831, 4843, 4925.))

26    18 USC SEC. 373 SOLICITATION TO COMMIT A CRIME OF VIOLENCE (a) (c) (ADDED PUB. L. 98-473, TITLE II, SEC. 1003(a), OCT. 12, 1984, 98 STAT. 2138; AMENDED PUB. L. 99-646, SEC. 26, NOV. 10, 1986, 100 STAT. 3597; PUB. L. 103-322, TITLE XXXIII, SEC. 330016 (2) (A), SEPT. 13, 1994, 108 STAT. 2148.)

27    18 USC SEC. 249 HATE CRIME (a) (1) (B) (ii), (6), (b) (1) (A-D) (2) (ADDED AND AMENDED PUB. L. 111-84, div. E,

SEC(s) 4707(a), 4711, Oct. 28, 2009, 123 STAT. 2838, 2842; Pub. L. 117-13, Sec. 5(h) MAY 20, 2021, 135 STAT. 272; Pub. L. 117-107, Sec. 2, MAR. 29, 2022, 136 STAT. 1125.)

28    18 USC SEC. 1365 (h)(3) "SERIOUS BODILY INJURY" (ADDED Pub. L. 98-127, Sec. 2, Oct. 13, 1983, 97 STAT 831; Pub. L. 107-307, Sec. 2, Dec. 2, 2002, 116 STAT. 2445.)

29    5 USC SEC. 553 RULE MAKING (b) (2) (3), (c), (e) (Pub. L. 89-554, Sept. 6 1966, 80 STAT. 383; Pub. L. 118-9 Sec. 2, July 25, 2023, 137 STAT. 55.)

30    28 USC SEC. 1331 - FEDERAL Question (JUNE 25, 1948, CH. 646, 62 STAT. 930; Pub. L. 85-554, SEC. 1 July 25, 1958, 72 STAT. 415; Pub. L. 94-574, SEC. 2 OCT. 21, 1976, 90 STAT. 2721; Pub. L. 96-486, SEC. 2(a), DEC. 1, 1980, 94 STAT. 2369.)

31    U.S. CONST. PRIVILEGES AND IMMUNITIES CLAUSE (ARTICLE IV, SECTION 2, CLAUSE 1) (ALSO KNOWN AS COMITY CLAUSE.)

32    U.S. CONST. No Ex Post Facto Law (ARTICLE 1, SECTION 9, CLAUSE 3 (WITH RESPECT TO FEDERAL LAWS) AND) ARTICLE 1, SECTION 10 (WITH RESPECT TO STATE LAWS).)

33    CA CONST, DECLARATION OF RIGHTS SEC. 7 (a) (b)
(SUBDIVISION (a) AMENDED NOV 6, 1974 BY PROP. 1, RES. CH 18,
1979. OTHER SOURCE; ENTIRE SEC. 7 WAS ADDED NOV. 5, 1974, BY
PROP 7; RES. CH. 90, 1974.)

34    CA CONST, ARTICLE I, DECLARATION OF RIGHTS, SEC. 28
(a) (1) (2) (3) (4) (5) (7) (8) (SEC 28 AMENDED NOV. 4, 2008,
BY PROP. 9 INITIATIVE MEASURE.)

35    CA PENAL CODE (PC) 664/187 (a) ATTEMPTED MURDER
(PC, PART 4 OF CRIMES AND PUNISHMENTS [25 - 680.4] (PART 1
ENACTED 1872) TITLE 16 GENERAL PROVISIONS [654 - 678]
(TITLE 16 ENACTED 1872)) (TITLE 8 OF CRIMES AGAINST THE
PERSON [187 - 248] (TITLE 8 ENACTED 1872.))

36    CA PC 653F SOLICITATION (a) (b) (PC, PART 1 OF CRIMES
AND PUNISHMENTS [25 - 686.4] (PART 1 ENACTED 1872), TITLE
15 MISCELLANEOUS CRIMES [626 - 653.75] (TITLE 15 ENACTED
1872.)

37    CA PC 182 CONSPIRACY (a) (1) (2) (3) (4) (5) (PC, PART 1
OF CRIMES AND PUNISHMENTS [25 - 680.4] (PART 1 ENACTED
1872), TITLE 7 OF CRIMES AGAINST PUBLIC JUSTICE (92 - 186.36)
(TITLE 7. ENACTED 1872), CH 8 CONSPIRACY [182 - (185)] (CH. 8.
ENACTED 1872.))

38    CA PC 203 MAYHEM (PC, PART 1 OF CRIME AND PUNISHMENT

[25-680.4], TITLE 8 OF CRIMES AGAINST THE PERSON [187-248], TITLE 8 OF CRIMES AGAINST THE PERSON [187-248], TITLE 8 ENACTED 1872), CH 2 MAYHEM [203-206.1] (CH 2. ENACTED 1872.))

39    CA PC 205 AGGRAVATED MAYHEM (SEE ld.)

40    CA PC 206 TORTURE (SEE ld.) (ADDED JUNE 5, 1990, BY INITIATIVE PROP. 115, SEC. 13)

41    CA PC 242 BATTERY (SEE ld.) (CH. 9 ASSAULTS AND BATTERY [240-248] (CH 9 ENACTED 1872.))

42    CA PC 31 AIDING AND ABETTING (PC, PART 1 OF CRIMES AND PUNISHMENTS [25-680.4] (PART 1 ENACTED 1872), TITLE 2 OF PARTIES TO CRIME [30-33] (TITLE 2 ENACTED 1872) (AMENDED BY STATS. 2007, CH 31, SEC 4 EFFECTIVE JANUARY 1, 2008.))

43    CA PC 667.5 (C) VIOLENT FELONY (PC, PART 1 OF CRIME AND PUNISHMENTS [25-680.4] (PART 1 ENACTED 1872), TITLE 16 GENERAL PROVISIONS [654-678], (AMENDED BY STATS. 2021 CH. 626, SEC 28. (AB5 1171) EFFECTIVE JANUARY 1, 2022.))

6. 1) 2022 - 2024. JANUARY 1 - AUGUST 16. SBCO CA. THE DAILY INJURIES, AND DAILY TORTURE TO SHUT DOWN THIS COMPLAINT AND REQUEST FOR INJUNCTION - ARE NOT SEPARATE, BUT ADJOINED TO OTHER GRAND ACCELERATIONS TO MAIMING INJURY DONG TO HER, AS "INTELLIGENCE" FOR HER HOMICIDE (ASSASSINATION) BY AMBUSH WITH MALICE AFORETHOUGHT.

7. 2) 2022 - 2024. JANUARY 1 - AUGUST 16. SBCO CA. THAT THESE CRIMES WERE DONE BY LACK OF PROSECUTION. (THESE EVENTS (AND OTHERS) ARE COVERED IN DETAIL (DATE, LOCATION, WHO) IN SEPARATE DOCUMENT.) THESE INJURIES MAIMED TO KILL. THAT THESE INJURIES ARE EXTREMELY WICKED (SHOCKINGLY EVIL) (HEINOUS), VILE (ATROCIOUS) INJURIES - THAT ARE CRUEL. THAT INFLICTED ORGAN DAMAGE: THAT INFLICTED A HIGH DEGREE OF PAIN, WITH UTTER INDIFFERANCE, EVEN ENJOYMENT OF HER SUFFERING.

8. 3) 2022 - 2024. JANUARY 1 - AUGUST 16. SBCO CA. THAT THESE CRIMES TO DRACO (KALI ZULU (KRISTIN WATTS)) (BY CRIMES OF LE (LE MISCONDUCT)) ARE DONE AS INTIMACY TO "LIVING SACRIFICE" (FOR HOW THE SOUL LEAVES THE BODY)" (BY BETRAYAL) FOR THE CIA THRU DOJ (AND FBI) TO DIRECTORATE OF OPERATIONS (DO) (ALSO KNOWN AS CLANDESTINE SERVICE) (AS LED BY DEPUTY DIRECTOR OF CIA FOR OPERATIONS) (IN AGREEMENT WITH AND FOR EACH SUCCESSIVE U.S. PRESIDENT (EXCEPT ONE,)) THE CRIMES TO KILL HER BODY (HER MIND) (BY BETRAYAL) HAVE ALWAYS BEEN KNOWN AND DONE BY EACH COMMUNITY SHE WAS/IS IN.

9  4) 2024 | XXXX. STATE OF CA. NONE OF THE INJURIES (DONE TO HER) HAVE BEEN ALLOWED TO HEAL (FULLY RECOVER) (WITHOUT MORE INJURY, AND PAIN) (SHOCKING FURTHERANCE OF INJURY FOR PAIN, AND OR TO MAIM.) INCLUDING IN THE STATE OF MISSOURI.

10  5) 2024 | XXXX. COMMUNITY AND SBCO-CS SEE HER AS A GAME TO KILL AS FUN. IN EXAMPLE:

11  6) 2016. AUTUMN. SBCO. PLAINTIFF WAS FORCED INTO SIT DOWN MEETING AT AHC (ALLAN HANCOCK COLLEGE, SANTA MARIA) UNDER THREAT OF MORE VICIOUS VIOLENCE TO HER (AS ESTABLISHED IN 2007, BY THE FALSE ARREST, FALSE PROSECUTION, FALSE IMPRISONMENT OF HER — TO ALLOW SBCO PERSONNEL TO KILL HER BY TECHNOLOGY AND POISON (FOR REPORTING CLANDESTINE SERVICE PERSONNEL, AND SBCO SHERIFF DEPARTMENT, AND OTHERS IN THE COMMUNITY ATTEMPTS TO KILL HER (BY MAIMING INJURY)) TO IMPAIR, OBSTRUCT OR DEFEAT THE LAWFUL FUNCTION OF U.S. INTELLIGENCE COMMUNITY (A GROUP OF SEPARATE U.S. FEDERAL GOVERNMENT AGENCIES) TO NATIONAL SECURITY INTERESTS (TO DEGRADE THE UNITED STATES.)

12  7) 2008. JANUARY. KALI ZULU USED INTELLIGENCE TO EVADE (WHILE IMPRISONED), HOW SBCO PERSONNEL KILLS — BUT THE DEADLY INJURIES TO HER BY SBCO-CS AND SBCO, HAVE NEVER STOPPED (THEY BEGAN IN XXXX).

13  8) 2016 OR BETWEEN 2018-2020. AHC TOLD KALI ZULU THAT ALL

SHE COULD EXPECT FROM COMMUNITY + SBCO IS VIOLENCE.

14  9). THERE WERE TWO DIFFERENT MEETINGS AT ALLAN HANCOCK COLLEGE. BOTH WERE SIT DOWN MEETINGS, WERE KALI ZULU WAS LIED TO ABOUT FEDERAL COURT AND LAW, TOLD TO DIE AND THAT THEY HAD THE RIGHT TO KILL HER. THE AGENCIES INVOLVED, ALLAN HANCOCK COLLEGE POLICE DEPARTMENT (AHC-PD), SANTA MARIA POLICE DEPARTMENT (SMPD), 911, SBCO DEPARTMENT OF SOCIAL SERVICES AND SBCO- CLANDESTINE SERVICE, AND THE FBI. (SHE WAS INFORMED THAT AN FBI AGENT COMMUNICATED WITH AHC (ON HOW TO LIE TO MANIPULATE HER, TO KILL HER, AS FAME (PURPOSELY GAMING THE VICIOUS VIOLENCE TO HER, TOTALLY ISOLATING HER FROM LIFE) TO KILL HER AS FUNCTION OF GOVERNMENT.) 1ST MEETING, 2016 FALL AT AHC; 2ND MEETING, 2018-2020 AT AHC. (THE MEETINGS) REFERENCED ON PAGE 2 LINE 9-20, AND ON LINE 26 PAGE 2 TO LINE 1 PAGE 3.)

15  10) 2022, 2023, 2024. SBCO + SBCO-CS, SPECIFICALLY TARGETING HER INDIVIDUAL ORGANS TO DENY HEALTH + SAFETY TO DRACO (KALI ZULU) AS SHE WAS WORKING ON HER CASE ROUGH DRAFT, AND LEGAL RESEARCH TO HER MEMORANDUM OF POINTS + AUTHORITIES - TO HER COMPLAINT AND REQUEST FOR INJUNCTION (AUGUST 18, 2024) ALMOST STOPPING ALL FUNCTION TO LIFE.

16  11) 2024. AUGUST 1-18 INTO 19. SBCO AND SBCO-CS DENYING ACCESS TO VITAMIN C, VITAMIN D (A HORMONE) AND SALT (REGULAR AND SEA SALT) FOR ORGAN INJURY - AS NATURAL CAUSATION.

17 (2) 2016 OR 2018-2020. SBCO. AHC (INDIVIDUAL NOT IDENTIFIED HERE)
GAVE (IDENTIFIED) (AS INTELLIGENCE). EXACT NAME (FORMAL
NAME(S)) OF WEAPONS (HIGH TECHNOLOGY) (AND OTHERS) USED TO
KILL KALI ZULU (DRACO) SLOWLY (DEATH BY A THOUSAND CUTS).
SBCO & AHC (IN THAT MEETING) IDENTIFYING TO KALI ZULU THAT
SBCO-CS, AND SBCO DEPART. OF SOCIAL SERVICES, OPERATE ON TWO
DIFFERENT SATELLITE SYSTEMS. ONE HAS CIA THRU DOD
WEAPONRY TO INJURE HER TO DEATH (AS A GAME): THE
OTHER ALLOWS FOR DIRECT OBSERVATION / WILLFUL PARTICIPATION
TO COMMITTING THAT HOMICIDE (HER HOMICIDE) (FOR SBCO)
(IN PRIVATE & IN PUBLIC) AS SOCIAL FUN & AS FUNCTION
OF GOVERNMENT.

18 (3) 2024. AUGUST 18. IT IS A DEATH WARRANT.

19 (4) 2024. JANUARY - AUGUST 18. SBCO. CONSTANT INJURY
(SHE WAKES UP INJURED: SHE FALLS ASLEEP INJURED (BY HIGH
TECHNOLOGY) (HER SAFETY BEYOND HER REACH) (ORGAN INJURY
FOR MASSIVE BODY SWELLING; DEFORMED, AS SBCO-CS INJURES HER
HEAD) AS AMPLIFIED BY DENIAL OF SLEEP (CLANDESTINE SERVICE
PERSONNEL USING HIGH TECHNOLOGY SATELLITE WEAPONRY TO FORCE
HER PELVIC BONES, SPINAL COLUMN OUT OF ALIGNMENT (OUT OF
NATURAL POSITION TO HER SKELETON) CAUSING SIGNIFICANT MUSCLE
TENSION AND JAW CLENCHING PAIN (NO REPRIEVE.))

20 (5) 2024. JANUARY - AUGUST 18. SBCO. HER "ALLOWED SLEEP"
BY CIA THRU DOD, SBCO-CS (THRU STATE OF CA) - IS GENERALLY

4 to 5 HOURS (HRS) OF SLEEP (WITH SOME DAYS AS LITTLE AS 2 to 3 HRS OF SLEEP; MAYBE ONCE EVERY 3 WEEKS, ~6 HRS OF SLEEP) (SHE HAS KEPT A RUNNING LOG OF DENIAL OF SLEEP FOR FATAL INJURY) (AND IT IS DEADLY INJURY.)

21  16) IN DOING LEGAL RESEARCH FOR THIS CASE DRACO DISCOVERED RESEARCH BY DR. PRADIP JAMNADAS, M.D. THAT EXPLAINED HOW LE AND CLANDESTINE SERVICE USE TECHNOLOGY TO KILL HER, LEAVING HER SAFETY AND SELF DEFENSE, BEYOND HER REACH (EMPHASIS ADDED.)

22  17) DR. PRADIP JAMNADAS, M.D. RELEASED INFORMATION (AUGUST 16, 2019) CONCERNING CAUSATION TO STROKE AND HEART ATTACK. LACK OF SLEEP (I.E. INJURIES DONE TO DRACO). GUT HEALTHY MICROBIOME IS CRITICAL TO SAVING YOUR LIFE (IN EXAMPLE, NATURAL SOURCE OF VITAMIN K2) - LEAKY GUT SYNDROME (DEADLY BACTERIA ENTERING THE BLOOD STREAM BY INJURY TO GUT LINING FROM LACK OF SLEEP (LESS THAN SEVEN HOURS.))

23  18) 2024 / XXXX, SBCO, SBCO-CS, LE IN SBCO (VTACO, SLOCO) SINGLE PURPOSE IS TO INJURE DRACO'S (KALI ZULU (KRISTIN WATTS)) BODY INTO DESTRUCTION - TO DENY HER, HER NATURAL BEAUTY - AS THEIR SOCIAL SUPREMACY. HOW COMMUNITY KILLS WITH CS BY FORCE, AGAINST HER WILL, LACKS INTELLIGENCE.

24  19) 2024, AUG 19, SBCO-CS, AND LE (AND RICO CRIMINALS AND

WAR CRIMINALS) USE HEGELIAN DIALECT TO FURTHER INJURE TO KILL DRACO (KALI ZULU) — AS A DEESCALATION TECHNIQUE (TO DEMAND OBEDIENCE TO THEIR HORROR)

25 20) 2024 AUGUST 19. DRACO (KALI ZULU) AND GIVE EXPLICIT AND EXACT TESTIMONY TO.

26 21) 2024. JANUARY — JULY. THE FACTS IN THIS COMPLAINT AND REQUEST FOR INJUNCTION DIDN'T START TO "HEAT THINGS UP" — DRACO (KALI ZULU (KRISTIN WATTS)) HAS BEEN HERE (IN USA) — AS "COMMUNITY" GATHERED TO KILL HER (IN SECRECY.)

27 22) 2022-2024. JANUARY — JULY. CLANDESTINE SERVICE, SANTA BARBARA COUNTY — CS (SBCO-CS) THRU DOD, SPECIFICALLY TARGETING INDIVIDUAL ORGANS (BY DOD SATELLITES, POISON, CIA PHARMACEUTICALS, CHEMICALS) TO DENY HER HEALTH AND SAFETY (BY ORGAN FUNCTION) AS DRACO (KALI ZULU (KRISTIN WATTS)) WAS/IS FINISHING HER BRIEF AND LEGAL RESEARCH TO HER MEMORANDUM OF POINTS AND AUTHORITIES (INTO HER WRITING COMPLAINT AND REQUEST FOR INJUNCTION) = ALMOST STOPPING ALL FUNCTION TO LIFE. (TARGETING HER LIVER (TO DENY PROPER, RHYTHMIC BLOOD FLOW (TO MAKE HER SWELL, MASSIVELY))); TARGETING HER GALL BLADDER (FOR ORGAN DAMAGE: TO INHIBIT VITAMIN ABSORPTION) (TO DENY EATING OF HEALTHY FATS); TARGETING HER FOLLICLES IN HER OVARIES (FLUID FILLED SACS WHERE EGGS MATURE) (BURNING THEM) (DENYING MENSTRAL CYCLE TO HEALTH) — ALL IN HER LIVING BODY.

28 23) 2024 July 14 | XXXX. THE INJURIES (THE DEVASTATION) SOUGHT BY CIA THRU DOD AND THEIR ORGANIZED CRIME SUPPORT NETWORK TO VICIOUSLY INJURE TO MAIM TO KILL KALI ZULU (DRACO (KRISTIN WATTS)) — ARE TERMED IN EASY WORDS (EASY TO GRASP "PURPOSE TO INTENT") — SO KILLERS FEEL GRANDIOSE. "WHAT CAN WE TAKE FROM HER (SBCO) "?" BY PREDATION, THEFT, LIES, PROPERTY DAMAGE. FOR SLOW BUTCHERING. LIFE ENDING INJURY (LOSS OF SELF) KALI ZULU (DRACO) HAS EXACT EVIDENCE TO THIS FACT.

29 24) 2024 July 14 | XXXX. SBCO AND SBCO-CS OPERATE BY "CAN WE (CIA) TAKE THAT FROM HER (SBCO-CS 7/14/2024)": THE WORD "THAT" — IS ANYTHING THAT RELATES/REFLECTS IDENTITY, HEALTH, SEX APPEAL, ATTRACTIVENESS, INTELLIGENCE, BONE HEALTH (FOUNDATION), REFLEX SPEED, IQ: ANYTHING THAT IS DRACO (KALI ZULU) (INCLUDING HER SPORT ACTIVITIES, GOALS, DREAMS, HER PURSUIT OF MASTERS/Ph.D DEGREES, ETC.)

30 25) 2024 August 21 | 2007. SBCO (VTACO, SLOCO) AND SBCO-CS (VTACO-CS, SLOCO-CS) AND ALL L.E AGENCIES IN THESE COUNTIES FORCE KALI ZULU (BY PREDATION) TO CARRY A DUFFLE BAG (ALL THE TIME), CARRYING ~15-20 LBS OF PERSONAL ITEMS THAT HAVE BEEN STOLEN, OR POISONED FOR ORGAN DAMAGE (BY CIA PHARMACEUTICALS, OR CHEMICALS, ETC.), OR DAMAGED TO FAILURE (AS SOCIAL FUN.)

31 26) 2024 August 21 | 2007. SBCO (VTACO, SLOCO) AND SBCO-CS, (VTACO-CS, SLOCO-CS) AND ALL L.E AGENCIES IN THESE COUNTIES ANNOUNCING TO A COMPLICATED ORGANIZED CRIME NETWORK - A TARGET

TO BE KILLED.

32 27)2024 AUGUST 21 | XXXX. SBCO, VTACO, SLOCO AND SBCO-CS, VTACO-CS, SLOCO-CS, AND ALL LE AGENCIES IN THESE COUNTIES FURTHER THE MAIMING INJURIES BY LYING ABOUT HER IDENTITY AND DEFAMATION (AS INTELLIGENCE) (EMPHASIS ADDED.) KALI ZULU HAS EXACT EVIDENCE OF THIS FACT.

33 28)2024 AUGUST 21. SBCO HAS PURPOSELY LOCKED HER INTO SANTA MARIA (NORTHERN SBCO) TO BE KILLED BY PREDATION AND SHE HAS THE EVIDENCE TO PROVE IT.

34 29)2024 AUGUST 21. ——— SBCO, SLOCO, VTACO HAVE WORKED TOGETHER TO DENY KALI ZULU HER ACTIVITIES TO WATER.

35 30)2024 AUGUST 21 | XXXX. SHE IS COMPLETELY DENIED BY SBCO, AND CIA THRU DOD — ANY AND ALL ACTIVITY — TO HER ABILITY.

36 31) 2024 AUGUST 19. THIS CASE, IS ABOUT (FAME) SO MANY DELIBERATE, CALCULATED, PREMEDITATED MAIMING INJURIES, THEFT, LIES, DEFAMATION, PROPERTY DAMAGE, TORTURE, HATE CRIME, ATTEMPTS AT HOMICIDE (BY TRUST TO VULNERABILITY) BY LE OFFICIALS WITH CLANDESTINE SERVICE PERSONNEL (AS GOVERNMENT) — DRACO (KALI ZULU (KRISTIN WATTS)) IS LEFT ASKING "WHAT AM I LOOKING AT (?)." THEY HAVE DESTROYED HER LIFE.

37 32) DOCUMENTS AND EVIDENCE NOT SPECIFICALLY IDENTIFIED — IS DONE BECAUSE SBCO LIES AND GAMES TO INJURE TO KILL HER (TO PROTECT WHAT THEY HAVE DONE), AND DESTROYS OR CONCEALS, OR DENIES OR STEALS EVIDENCE, WITH CLANDESTINE SERVICE PERSONNEL (AND LAW ENFORCEMENT (LE)). PLAINTIFF NEEDS AN INJUNCTION — TO SURVIVE.

38 33) RACKETEERING, CORRUPTION, FRAUD, MURDERERS — USING HEGELIAN DIALECT AS A "CATCH ALL PHRASE" TO "CONCEALMENT OF PURPOSE" (AN AGGRAVATING CIRCUMSTANCE) TO KILL HER BODY (HER IDENTITY) (ORGAN BY ORGAN SURREPTITIOUSLY, BY POISON, BY TECHNOLOGY, BY LIES) (KILLING HER TWO PETS) (AS "WHAT CAN WE TAKE FROM HER") — AS MILITARY INTELLIGENCE (TO SYMBOLISM) THRU DEPARTMENT OF DEFENSE (DOD), CLANDESTINE SERVICE, AND DIRECTOR OF DEFENSE INTELLIGENCE AGENCY (DIA) (AS GOVERNMENT TO HER.) — "HEGELIAN DIALECT, (IS AN) INTERPRETIVE METHOD IN WHICH THE CONTRADICTION BETWEEN A PROPOSITION (THESIS) AND ITS ANTITHESIS IS RESOLVED AT A HIGHER LEVEL OF TRUTH (SYNTHESIS) (DICTIONARY. COM)." HEGELIAN DIALECT IS OBTAINED, DONE BY OR INVOLVES DECEPTION, IT IS A METHOD OF CRIME (ORGANIZED CRIME) TO REACH OBSTRUCTION OF JUSTICE (MODE OF OPERATION) (PATTERN OF BEHAVIOR — "INTENT TO PURPOSE" — TO DEFRAUD THE GOVERNMENT OF THE UNITED STATES) FOR CATASTROPHIC INJURY, USING APPEARENCE OF LEGITIMATE AUTHORITY AS INTERLOCK TO NATIONAL INTELLIGENCE / NATIONAL SECURITY INTERESTS.

39) 34) LEAVING DRACO (THOR (KALI ZULU (KRISTIN WATTS))) SUFFERING.

40     **IV.** IRREPARABLE INJURY, THERE ARE AGGRAVATING FACTORS STATUTORY IN THIS CASE. THE INJURIES DONE TO HER (VICIOUS VIOLENCE BY INTIMACY, BY AMBUSH): TERMED BY CLANDESTINE SERVICE, ACTING WITH COMMUNITY AS, "CAN WE TAKE THAT FROM HER" (THE WORD THAT, BEING ANY & ALL PERSONAL CHARACTERISTICS, PHYSICAL ATTRIBUTES, PHYSICAL QUALITIES, PROPERTY, INHERITANCE, MONEY, HEALTH, SAFETY, ABILITY IN ATHLETIC PERFORMANCE, IDENTITY) NOT ONLY TO DENY SELF DEFENSE BUT TO DENY HER, HER BODY, HER HEALTH, HER IDENTITY, HER GOALS, HER VALUES, HER LIFE — TO MAIM HER, TO DISFIGURE HER, FOR "HOW THE SOUL LEAVES THE BODY (TORTURED, INJURED, SCREAMING IN PAIN)" BY A RICO CRIME AND WAR CRIME SYNDICATE TO GOVERMENT TO BETRAYAL OF HER BODY (TO RELIGION) (TO PERVERSE SOCIAL STRUCTURE) TO LOSS OF NATIONAL IDENTITY: AS PRESIDENT OF THE U.S., FBI, CIA, DOJ, DOD LED WITH CORRUPT LAW ENFORCEMENT — TO DENY DRACO (KALI ZULU (KRISTIN WATTS)) TEAMMATES, A SOCIAL SUPPORT NETWORK TO PERSONAL GOALS & HER LIFE, FOR DEATH. A DEPRAVITY SO APPARENT—THAT IT OFFENDS ALL STANDARDS OF MORALITY AND INTELLIGENCE (AS SYMBOLISM OF UNITED STATES LEADERSHIP.) THE CRIMES AGAINST HER VIOLATE KNOWN & (AND) ESTABLISHED STATE AND FEDERAL LAWS — AND ARE HARMFUL TO HER FINDING COMMUNITY.

41     DRACO IS A FEDERAL TARGET BY SELECT INDIVIDUALS ACTING IN "OFFICIAL CAPACITY" & "INDIVIDUAL CAPACITY" IN THE U.S. INTELLIGENCE COMMUNITY, AS FURTHERED BY CORRUPT FEDERAL, STATE, COUNTY, CITY OFFICIALS ACTING IN "OFFICIAL CAPACITY" & (AND) "INDIVIDUAL CAPACITY" — ACTING TOGETHER — TO A HIDDEN RICO CRIME, WAR CRIME CRIMINAL ORGANIZATION SEEKING HER HOMICIDE

C & R INJ, ATTACHMENT — 5, IRREPARABLE INJURY & RELIEF, PG 1 OF 11.

*Page Number*

(SLOWLY — BUTCHERING HER TO DEATH) WITH EACH U.S. PRESIDENT, AS NATIONAL POLICY.

42    V. RELIEF. (TODAY, OCTOBER 29, 2024). DRACO (KALI ZULU (KRISTIN WATTS)) REQUESTS THE COURT TO ORDER — TO GRANT HER RELIEF FROM ALL INJURY, ASSAULT, BATTERY, MAIMING, MURDER AND ATTEMPTS TO MURDER (AS DEFINED IN 18 USC SEC. 1111 MURDER, 18 USC SEC. 1113 ATTEMPT TO COMMIT MURDER, 18 USC SEC. 1117 CONSPIRACY TO MURDER, AND CA PENAL CODE (PC) SEC. 664/187(a)), SOLICITATION (AS DEFINED IN 18 USC SEC. 373 SOLICITATION TO COMMIT A CRIME OF VIOLENCE, CA PC 653f SOLICITATION), CONSPIRACY (AS DEFINED IN 18 USC SEC. 371 CONSPIRACY TO DEFRAUD THE U.S., AND CA PC SEC 182 CONSPIRACY), HATE CRIME, RICO CRIME, WAR CRIME, FALSE STATEMENTS, DEFAMATION, LIBEL, SLANDER, AMBUSH, CONTRACT KILLING, MALPRACTICE, FRAUD, PREDATION, LIES, THEFT, PROPERTY DAMAGE, INJURY TO HER IDENTITY, INHERITANCE THEFT, SABOTAGE, MARGINALIZ-ATION, VIOLENT CRIMES IN AID OF RACKETEERING, INJURY BY OR SUBSTANCES IN — HYPODERMIC NEEDLES OR SYRINGES, DEPRIVATION OF RIGHTS UNDER COLOR OF LAW, EXTRINSIC FRAUD, INTRINSIC FRAUD, INTENTIONAL FRAUD, INJURY BY PREDATION TO ANY TECHNOLOGY (ELECTRONIC, MECHANICAL, SATELLITE, COMPUTER, SOFTWARE, MEDICAL, DENTAL, PHARMACEUTICAL, CHEMICAL, PESTICIDES, POISON, HAND HELD DEVICES OR TOOLS, ETC.) AND OR ADVANCES IN TECH - NOLOGY, OR ANY "SCHEME OR ARTIFACE OR EFFORT TO DEFRAUD" — AND RELIEF FROM ANY GOVERNMENT OFFICIAL (FEDERAL, USA TERRITORY, STATE, COUNTY OR CITY) OR EMPLOYEE OF ANNOUNCING, JOINING EFFORTS, OR DECLARING HER A TARGET OF PREDATION, LIES OR TO BE INJURED OR KILLED;

43    AND RELIEF FROM ANY GOVERNMENT OFFICIAL OR EMPLOYEE OF,

(AS IDENTIFIED SUPRA) OR THEIR SOCIAL SUPPORT NETWORK; SOLICITING (THE CRIME OF SOLICITING) OTHERS IN ANY COMMUNITY TO JOIN IN HER PUBLIC KILLING (A KILLING BY COMMUNITY) — ASKING EACH ONE (A COMMUNITY MEMBER) (OR GROUP(S) OF) TO INJURE HER TO MAIM TO KILL HER (BY OPPORTUNITY TO PREDATION), AS A FUNCTION OF GOVERNMENT AND SOCIAL ORDER, FRAMING THE REQUEST AS "CAN WE TAKE THAT ("THAT" BEING WHATEVER IS SIGNIFICANT TO FUNCTION, HEALTH & OR IDENTITY) FROM HER (BY INTIMACY | TREACHERY BY BETRAYAL OF TRUST FOR HER VULNERABILITY TO VICIOUS VIOLENCE) TO FURTHER HURTING HER TO "HOW CAN WE KILL HER (CLANDESTINE SERVICE (CS) (CS SIGNIFICANTLY, HUGELY, FRAMING THE INJURIES TO SYMBOLISM)))" SAYING "SHE THINKS WE (AS COMMUNITY MEMBERS) ARE FRIENDS (CS)":

44    THAT THE U.S. INTELLIGENCE COMMUNITY AGENCIES IDENTIFIED HEREIN, INCLUDING BY POSITION — THE DIRECTOR OF NATIONAL INTELLIGENCE (INCUMBENT AVRIL HAINES), THE UNITED STATES GOVERNMENT, CONGRESS, AND THE INDIVIDUALLY NAMED DEFENDANTS (ALL DEFENDANTS) — BE ISSUED AN INJUNCTION, ENJOINED FROM COORDINATING, ANNOUNCING, IDENTIFYING DRACO (KALI ZULU (KRISTIN WATTS)) (OR HER PETS) BY SYMBOLS, BY INJURY, BY ANY TYPE OF COMMUNICATION, OR BY ANY TYPE OF CONTRACT (OR AGREEMENT), OR BY ANY TYPE OF SURVEILLANCE, OR BY USE OF HIGH TECHNOLOGY (SATELLITE, ETC.), OR BY USE OF SIGNAL INTELLIGENCE (SIGINT) OR BY SIGINT COMMUNICATION TO OTHER INTELLIGENCE COMMUNITY AGENCIES IN USA, OR BY SIGINT COMMUNICATION TO OTHER INTELLIGENCE AGENCIES IN OTHER COUNTRIES — AS A TARGET TO BE INJURED, LIED TO, OR KILLED, OR FOR PROPERTY LOSS.

45   DRACO (KALI ZULU (KRISTIN WATTS)) REQUESTS THE COURT TO ORDER THE UNITED STATES ———————————   TO PAY FOR ALL COSTS ASSOCIATED WITH THIS LITIGATION AND SAVING HER LIFE, AND SECURING HER SAFETY (AT ALL TIMES & ALL LOCATIONS), AND FOR ALL COSTS ASSOCIATED WITH HEALING ANY & ALL HER INJURIES TO ANY & ALL HER BODY PARTS/ORGANS (INCLUDING ANY & ALL DAMAGE TO ANY & ALL BODY PARTS/ORGANS SINCE XXXX) AND TO ENSURE, AND ALLOW ALL OF HER INJURIES TO FULLY COMPLETELY HEAL WITHOUT INTERFERENCE WHATSOEVER (AS THE HEALING (HER HEALING) IS TO BE FOREVER (PERMANENT), WITHOUT EXCEPTION), AND TO PROVIDE FOR HER SAFE TRAINING IN ANY & ALL ACTIVITIES, AT ANY & ALL LOCATIONS AS A MATTER OF INTELLIGENCE, AND COST OF INSTRUCTION BY SPECIFIC INSTRUCTORS THAT SHE SELECTS IN JIU JITSU, JUDO, MUAY THAI, WING CHUN KUNG FU, AND SAMBO. ── AND FOR THE U.S. GOVERNMENT TO ALSO PROVIDE WEAPONS TRAINING.

46   FROM JANUARY 2022 THRU OCTOBER 2024 (INTO NOVEMBER) CIA CLANDESTINE SERVICE (THRU DEPART. OF DEFENSE) MADE SURE SHE HEARD HOW THEY CAME TO KILL HER: "SHE'S TO HEALTHY", "YEAH, SHE'S HARD TO KILL" TO THEIR ANSWER "WE CAN TAKE CARE OF THAT (CS)" TO HER NEW & CONTINOUS SOUL SHOCKING INJURIES BY HIGH TECHNOLOGY TO AMBUSH — WITH COMMUNITY (BY COMMUNITY KNOWLEDGE OF "INTENT TO PURPOSE (K2)") DRACO (KALI ZULU (KRISTIN WATTS)) SPECIFICALLY REQUESTS RELIEF FROM CRIMES DONE TO HER — JANUARY 2022 INTO MAY 2023, ONGOING & CONTINOUS INTO AUGUST, SEPTEMBER, OCTOBER 2024 (NOW INTO NOVEMBER) AS SIGINT TO USA — BY GOVERNMENT LEADERS — USING SYMBOLISM TO THE CYCLE

AND # (NUMBER) 3 (THREE). SILENT COMMUNICATION (SYMBOLS) (OF STEALTH) OF ORGANIZED CRIME IN GOVERNMENT TO COMMUNITY POLICING (CIA SOCIETY) (AS SPECIAL STATUS) BY CORRUPT LAW ENFORCEMENT (ASK PLAINTIFF FOR ADDITIONAL INFORMATION HERE —— ). THE CHP (CA. HIGHWAY PATROL) IS THE PHYSICAL AND POLITICAL REACH OF THE GOVERNOR, REACHING FOR HER "STRUCTURED (GOVERNMENT LED) HOMICIDE (CIA)" AS ELITE INTELLIGENCE I (GOVERNMENT LED (FEDERAL, STATE, COUNTY, CITY) (AUTHORITY FIGURES OF), CHP LED — EFFORT TO KILL DRACO (KALI ZULU (KRISTIN WATTS)) WITH LOCAL LAW ENFORCEMENT, AS SOCIAL COMFORT — DOING DRASTIC (LYING TO INJURE TO KILL) & LIFE CHANGING INJURIES TO HER AS NORMALCY (THEIR ELITE STATUS) (AS CHP ESTABLISHED ON TWO DIFFERENT OCCASIONS) WITH KNOWLEDGE OF "INTENT TO PURPOSE (K2)" OF THOSE KILLING ATTEMPTS IN CONSPIRACY (KILLING AS DEFINED IN 18 U.S.C SEC. 1111, & 18 USC SEC. 1117) AS INTELLIGENCE, BY GOVERNOR OF CA. AS DEMONSTRATED BY 4 (FOUR) DIFFERENT GOVERNORS, AND 2 (TWO) STATE ATTORNEY GENERALS (AG) (THE AG ACTS AS THE STATE'S CHIEF LAW OFFICER, OVERSEES THE CA DOJ & SUPERVISES THE STATE'S DISTRICT AND CITY ATTORNEYS, AS WELL AS ITS LAW ENFORCEMENT OFFICERS) — THAT PRECISELY ACTED TO FURTHER LEADERS IN THE IC (INTELLIGENCE COMMUNITY) (CIA, FBI, DIA, DOD, DO) EFFORT, IN CONSPIRACY TO KILL HER FOR POTUS AS NATIONAL POLICY — BY DENYING HER GOVERNMENT AND ARTICLE I DECLARATION OF RIGHTS [SEC. 1 THROUGH SEC. 32] OF CA CONSTITUTION — TO DENY HER IDENTITY (SHE CAN GIVE EXACT & EXPLICIT TESTIMONY TO). CLANDESTINE SERVICE AND COMMUNITY DOING ALL TO STEAL THE INTIMACY OF KNOWING HER, SAYING THEY KNOW HER BY INJURIES DONE TO HER, BY STALKING WITH DOD.

47    SHE REPORTED THE ATTEMPTS TO MURDER HER, AND CONSPIRACY TO MURDER HER BY CHP AND LOCAL LE (LAW ENFORCEMENT) — TO CHP OFFICE OF INTERNAL AFFAIRS AND LATER, THE FBI — AND THEY DID "NO SERVICE" — AS ELITISM TO LAW AND SOCIAL ORDER / AS CIA INTELLIGENCE. THEN FOR SYMBOLISM (AFTER ANOTHER HOMICIDE ATTEMPT BY CHP AND COMMUNITY), THE CIA AND CLANDESTINE SERVICE PERMANENTLY CAUSED CATASTROPHIC ORGAN DAMAGE (WITH SHOCKING PUBLIC SUPPORT AND LAUGHTER) (AGAIN), MAIMING HER — AS AN INJURY WINDOW FOR HOMICIDE (BY TYPE OF INJURY) BY TREACHERY TO TRUST TO VULNERABILITY . . . THEN USED LIES AND HIGH TECHNOLOGY TO FURTHER THE INJURIES (AS SHE WAS (AND IS) BEING TORTURED DAILY) BY PREDATION (SHOCKING DEVASTATION) — TO DEFENDANTS CLAIM THAT SHE HAS NO WAY OUT OF THE RICO CRIME, WAR CRIME SYNDICATE — TO HER NEW INJURIES FOR DEATH.

48    EACH STATE HAS ACTED TO DENY SAFETY TO DRACO (KALI ZULLI (KRISTIN WATTS)) BY CHANGING STATE LAWS TO LOSS OF ENFORCEMENT TO FEDERAL + STATE LAWS — TO JOIN THE KILLING OF HER — AS COMMON KNOWLEDGE OF CIA WORTH (KNOWLEDGE OF "INTENT TO PURPOSE (KZ)" OF INJURIES THAT MAIM TO KILL HER) (LOSS OF NATIONAL IDENTITY) (SOME BEFORE 1993) (ALL IN OR SOON AFTER 1993) — IN FURTHERANCE OF CIA SOCIETY (CRIMES DONE TO HER IN CA + OTHER STATES) TO DENY HER NATIONAL IDENTITY (USA), HER IDENTITY BY BIRTH TO FURTHER THE KILLING CRIMES (KILLING PLAN) TO HER BY CONGRESS AND SCOTUS (SUPREME COURT OF THE UNITED STATES) THAT BEGAN IN 1992/1993. AS EVIDENCED BY SCOTUS DECISION SHOWING SPECIFIC INTENT TO LOSS OF RIGHTS AND PROTECTIONS BY FEDERAL

1  ENFORCEMENT TO LAW TO A KILLING PLAN TO KILL HER — BY

2  LOSS OF PUBLIC ORDER (TO TODAY) (TO RELIGION) BY AN ACT OF CONGRESS.

3

4  49    SYMBOLISM & CYCLE OF THREE (3 TIMES) (# 3) — A PATTERN TO

5  SOCIAL ORDER; SYMBOLISM & CYCLE OF TWO (2 TIMES) (# 2) —

6  A PATTERN OF GOVERNMENT AND LAW (INTO SOCIETY); 2 PREDICATE

7  ACTS WERE DONE VICIOUSLY TO HER (TO FURTHER OTHER INJURIES TO

8  HER) IN RICO CONSPIRACY, WITHIN TEN (10) YEARS — AS

9  INTELLIGENCE FOR HER STRUCTURED DEATH, AS FURTHERANCE OF

10  "COMMON PURPOSE (K2)" OF DEFENDANTS, AS RELATED TO

11  THEFT OF EVIDENCE, DEFAMATION, LIBEL SLANDER, LIES, OFFICIAL

12  MISCONDUCT, OBSTRUCTION OF JUSTICE, FALSE ARREST, MALICIOUS

13  PROSECUTION, FALSE EVIDENCE, FALSE IMPRISONMENT, FALSE

14  STATEMENTS, LOSS OF PROPERTY, ETC. — KALI ZULU (DRACO

15  (KRISTIN WATTS)) CAN GIVE EXPLICIT AND EXACT TESTIMONY TO.

16

17  50    THE DEFENDANTS MOVE TOGETHER TO PERVERSION

18  TO KILL HER — AGAINST HER WILL: "WE ARE NOT GIVING HER A

19  CHOICE (CS, Nov. 2024)" — BY FORCE AND TECHNOLOGY: SO THAT SHE

20  HAS NO SAFE PLACE — NO SAFE HOME / NO SAFE RESIDENCE / NO

21  SAFE WORK SITE / NO SAFE SPORT ACTIVITY / NO SAFE PLACE

22  TO SLEEP / NO SAFE PLACE FOR HER PET(S) / NO SAFE

23  FRIENDS / NO COMMUNITY, BY COMMUNITY (AT ANY LOCATION)

24  ACTING AS KILLERS FOR THE STATE (IN ANY STATE) FOR GOVERNMENT,

25  AS POTUS LED INTELLIGENCE — TO A RICO CRIME SYNDICATE TO A

26  KILLING PLAN FOR HER DEATH AS THEIR SUPREMACY, AS ESTABLISHED

27  IN SEPARATE DOCUMENT AND EVIDENT BY HOW THE INJURIES ARE

28

C&R INJ, ATTACHMENT — S, IRREPARABLE INJURY & RELIEF, PG 7 OF 11

ARE FORCED UPON HER.

51     THE KILLING CRIMES TO HER ORGANS — THEY DID TOGETHER AND THEN, CELEBRATED THE INJURIES (ASK PLAINTIFF HERE FOR FURTHER INFORMATION.)

52     PLAINTIFF REQUESTS THE COURT TO ORDER THE DEFENDANTS — TO RECOGNIZE ARTICLE 1 DECLARATION OF RIGHTS [SEC. 1 THROUGH SEC. 32] OF CA CONSTITUTION AS DIRECTLY APPLYING TO HER PERSON — WITHSTANDING ANY AND ALL DUE PROCESS OF LAW TO DENY THESE RIGHTS, PRIVILEGES, PROTECTIONS, AND SECURITY:

53     PLAINTIFF REQUESTS THE COURT TO ORDER THE U.S. GOVERNMENT AND UNITED STATES CONGRESS — THAT ANY CHANGE TO U.S. CONSTITUTION OR FEDERAL LAW OR REGULATION OR POLICY — THAT ALLOWED INJURY TO HER — BE AMENDED TO RECOGNIZE HER SAFETY IN ANY AND ALL CIRCUMSTANCE, INCLUDING ANY RULING BY SCOTUS (SUPREME COURT OF THE U.S.) OR ACT OF CONGRESS:

54     THAT THESE RIGHTS BY HER BIRTH TO NATIONAL IDENTITY (USA) AND ARTICLE 1 DECLARATION OF RIGHTS [SEC. 1 THROUGH SEC. 32] OF CA CONSTITUTION ARE INHERENT (PERMANENT, ESSENTIAL) AND INALIENABLE TO HER, WITHSTANDING ANY AND ALL DUE PROCESS OF LAW TO DENY THESE RIGHTS, PRIVILEGES, PROTECTIONS, AND SECURITY: PLAINTIFF REQUESTS THE COURT TO ORDER THE U.S. GOVERNMENT AND U.S. CONGRESS — TO PROTECT HER LIFE, AND BODY, AND HEALTH — BY LAW (BY STATUTE, BY REGULATION, BY POLICY) BY SERVICE FROM LAW ENFORCEMENT.

55    PLAINTIFF REQUESTS THE COURT TO ORDER THE UNITED STATES, U.S. CONGRESS, STATE OF CA, AND INDIVIDUAL DEFENDANTS ACTING IN OFFICIAL CAPACITY TO ENSURE SAFETY OF HER PERSON AND RIGHT TO ENJOY AND DEFEND LIFE, LIBERTY, ACQUIRING, POSSESSING, AND PROTECTING PROPERTY, AND PURSUING AND OBTAINING SAFETY, HAPPINESS, AND PRIVACY (EMPHASIS ADDED): SAFETY OF HER AT WORK, SAFETY OF HER IN COMMUNITY, SAFETY OF HER PROPERTY, LEGAL DOCUMENTS, HER LEGAL WORK, LEGAL FORMS, HER LEGAL NOTES, AND HER BODY AND HEALTH — AT ANY AND ALL LOCATIONS, INCLUDING HER PLACE OF RESIDENCE(S) — AT ANY AND ALL LOCATIONS, AND SAFETY OF HER VEHICLE(S) — AND HER IN ANY VEHICLE, AND SAFETY OF HER IN ANY AND ALL SPORT ACTIVITY, SAFETY OF HER GOALS, AMBITIONS, DREAMS, IDENTITY: THAT BY NATURE SHE IS FREE AND INDEPENDENT, AND THAT THESE RIGHTS, PRIVILEGES, PROTECTIONS, AND SECURITY ARE INHERENT (PERMANENT, ESSENTIAL) AND INALIENABLE TO HER, WITHSTANDING ANY AND ALL DUE PROCESS OF LAW AND TREACHERY TO DENY THESE RIGHTS, PRIVILEGES, PROTECTIONS, AND SECURITY.

56    PLAINTIFF REQUESTS THE COURT TO ORDER — THE UNITED STATES, U.S. CONGRESS, STATE OF CA — ARE TO FURTHER ENSURE THESE RIGHTS, PRIVILEGES, PROTECTIONS, AND SECURITY TO HER BY LAW, REGULATION AND POLICY, UNDER ANY AND ALL CIRCUMSTANCES, INCLUDING SOCIAL ORDER, INCLUDING FROM RELIGION, INCLUDING ANY AND ALL COVERT AND OVERT ACTION BY ANY PERSONNEL OF THE DOD, DOJ, U.S. INTELLIGENCE COMMUNITY, OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE, CIA, AND LE —

THAT MAY OR MAY NOT SAY FOR CLANDESTINE TERRORISM, AS THEIR SPECIAL STATUS.

57   PLAINTIFF REQUESTS THE COURT TO ORDER — THE RIGHT OF KALI ZULU (DRACO (KRISTIN WATTS)) TO BE SECURE IN HER PERSON, HER PLACE(S) OF RESIDENCE, HOUSE(S), PAPERS, AND EFFECTS (EFFECTS ARE ITEMS OF PROPERTY) AGAINST CRIME, AGAINST PREDATION, AGAINST HATE, AGAINST RELIGION, AGAINST PERVERSION, AGAINST FOREIGN INTELLIGENCE PERSONNEL SEEKING HER HOMICIDE, AGAINST SOCIAL ORDER, AGAINST EVIL, AGAINST UNREASONABLE SEARCHES AND SEIZURES, SHALL NOT BE VIOLATED, AND NO WARRANTS SHALL ISSUE, BUT UPON PROBABLE CAUSE, SUPPORTED BY OATH OR AFFIRMATION, AND PARTICULARLY DESCRIBING THE PLACE TO BE SEARCHED, AND THE PERSONS OR THINGS TO BE SEIZED.

58   DEFENDANTS STRATEGIC OBJECTIVE OFFICIALLY AND INDIVIDUALLY — AND BY SOCIAL NETWORK — IS TO CONTINUE TO PERMANENTLY INJURE, PERMANENTLY MAIM HER MOUTH, BONES, BODY, AND ORGANS AS THEY HAVE DONE — AS SUPREMACY TO SOCIAL ORDER: THE THRILL TO KILL HER VS. HER IDENTITY : TO PLEASE KILLERS IN/AS COMMUNITY AND LE PERSONNEL, AS INTELLIGENCE TO THE TO THE INTELLIGENCE COMMUNITY AND POTUS — TO GET HER TO BELIEVE IN HATE, EVIL (SIN) (GOD) AS LEGAL CONCEPT TO RIGHT TO KILL HER, IN PLACE OF GOVERNMENT PROSECUTION OF MALUM IN SE CRIMES DONE TO HER (INHERENTLY IMMORAL CRIMES THAT VIOLATE NATURAL MORAL PRINCIPLES, PERPETRATED FROM A PREMEDITATED DESIGN) (REGARDLESS OF WHETHER

THEY HAVE BEEN CODIFIED INTO LAW), EXECUTED BY COMMUNITY MEMBERS WHILE LYING IN WAIT BY "CONCEALMENT OF PURPOSE (CRON, ISRAELS, STARK)" — TO GET CLOSE TO HER THROUGH SOCIETY AS SOCIAL NORMALCY — TO EFFECT HER DEATH BUT NOT THEIR DEATH TO RELIGION TO WAR — FOR ANOTHER HIDDEN MENS REA CRIME — THAT IS SHOCKING, KALI ZULU (DRACO (KRISTIN WATTS)) CAN GIVE EXPLICIT AND EXACT TESTIMONY TO.

59    TODAY, DEC. 24, 2024, STATE GOVERNMENT OFFICIALS CAMPAIGN TO KILL HER WITH FEDERAL OFFICIALS TO POTUS BIDEN AND POTUS ELECT D. TRUMP AS CONTINUANCE OF NATIONAL POLICY, BASED ON IMPROPER CRITERION — SUSTAINING THE PAINFUL, DEADLY INJURY TO HER FOR COUNTY OFFICIALS AS SOCIAL CONTROL— LEAVING STATE COURTS INCOMPETENT TO ADDRESS CRIMES DONE AS ELITISM, AS EVIDENCED BY CASES AND CONDUCT.

60    DEFENDANTS HAVE EITHER IGNORED HER PAIN, CELEBRATED HER PAIN, OR DEMANDED OF HER TO PROVE THE PAIN — AS THE CIA THROUGH DOD HAVE INFORMED HER (TWICE), THAT SHE IS BEING "ALLOWED TO EXIST" — THAT SHE IS NOT DEAD, SO THE INJURIES ARE NOT AWFUL.

61    PLAINTIFF REQUESTS THE COURT TO ORDER DEFENDANTS TO RECOGNIZE THAT BY LAW SHE DOES NOT HAVE TO PROVE PAIN (ANGUISH) SUFFERED — AS THE PAIN IS SELF EVIDENT, AND THEY PURPOSELY DID NOT INJURE OR MAIM THEMSELVES THE WAY THEY VICIOUSLY INJURED HER.

EXHIBIT 1

, JOSEPH R. BIDEN JR., KAMALA D. HARRIS, LLOYD
J. AUSTIN III, WILLIAM J. BURNS, DAVID MARLOWE, JAMES
DAN PEDERSON, JEFFREY A. KRUSE, MERRICK B. GARLAND,
CHRISTOPHER A. WRAY, DONALD J. TRUMP, HILLARY D. R.
CLINTON, THE UNITED STATES, AVRIL D. HAINES, ROBERT S.
MUELLER III, GEORGE W. BUSH, DEPART. OF DEFENSE, CENTRAL
INTELLIGENCE AGENCY, DIRECTORATE OF OPERATIONS, DEFENSE
INTELLIGENCE AGENCY, DEPART. OF JUSTICE, FEDERAL BUREAU
OF INVESTIGATION, UNITED STATES CONGRESS, ANTHONY J.
BLINKEN.

(JANUARY 20, 2021 — JANUARY 20, 2025.)

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

**Defendant No. 1**

Name — JOSEPH R. BIDEN JR.

Job or Title *(if known)* — PRESIDENT

Street Address — 300 NORTH LOS ANGELES ST, SUITE 7516

City and County — LOS ANGELES, LOS ANGELES COUNTY

State and Zip Code — CA 90012

Telephone Number — (213) 894-2400

E-mail Address *(if known)* —

**Defendant No. 2**

Name — KAMALA D. HARRIS

Job or Title *(if known)* — VICE PRESIDENT

Street Address — 300 NORTH LOS ANGELES ST, SUITE 7514

City and County — LOS ANGELES, LOS ANGELES COUNTY

State and Zip Code — CA 90012

Telephone Number — (213) 894-2400

E-mail Address *(if known)* —

**Defendant No. 3**

Name — LLOYD J. AUSTIN, III.

Job or Title *(if known)* — SECRETARY OF DEFENSE

Street Address — 300 NORTH LOS ANGELES ST, SUITE 7516

City and County — LOS ANGELES, LOS ANGELES COUNTY

State and Zip Code — CA 90012

Telephone Number — (213) 894-2400

E-mail Address *(if known)* —

**Defendant No. 4**

Name — WILLIAM J. BURNS

Job or Title *(if known)* — DIRECTOR OF CENTRAL INTELLIGENCE AGENCY

Street Address — 300 NORTH LOS ANGELES ST, SUITE 7516

City and County — LOS ANGELES, LOS ANGELES COUNTY

State and Zip Code — CA 90012

Telephone Number — (213) 894-2400

E-mail Address *(if known)* —

COMPLAINT AND REQUEST FOR INJUNCTION, EXHIBIT 1, PG 2 OF 7

Defendant No. 5

Name — DAVID MARLOWE

Job or Title (if known) — DEPUTY DIRECTOR OF OPERATIONS CIA

Street Address — 300 NORTH LOS ANGELES ST, SUITE 7516

City and County — LOS ANGELES, LOS ANGELES COUNTY

State and Zip Code — CA 90012

Telephone Number — (213) 894-2400

E-mail Address (if known)

Defendant No 6

Name — JAMES

Job or Title (if known) — COMMANDING OFFICER (CLANDESTINE SERVICE)

Street Address — 300 NORTH LOS ANGELES ST, SUITE 7516

City and County — LOS ANGELES, LOS ANGELES COUNTY

State and Zip Code — CA 90012

Telephone Number — (213) 894-2400

E-mail Address (if known)

Defendant No. 7

Name — DAN PEDERSON

Job or Title (if known) — (CIA OFFICER)

Street Address — 300 NORTH LOS ANGELES ST, SUITE 7516

City and County — LOS ANGELES, LOS ANGELES COUNTY

State and Zip Code — CA 90012

Telephone Number — (213) 894-2400

E-mail Address (if known)

Defendant No. 8

Name — JEFFREY A. KRUSE

Job or Title (if known) — DIRECTOR OF DEFENSE INTELLIGENCE AGENCY

Street Address — 300 NORTH LOS ANGELES ST, SUITE 7516

City and County — LOS ANGELES, LOS ANGELES COUNTY

State and Zip Code — CA 90012

Telephone Number — (213) 894-2400

E-mail Address (if known)

COMPLAINT AND REQUEST FOR INJUNCTION, EXHIBIT 1, PG 3 OF 7

Defendant No. 9

 Name       MERRICK B. GARLAND

 Job or Title *(if known)*  UNITED STATES ATTORNEY GENERAL

 Street Address    300 NORTH LOS ANGELES ST, SUITE 7516

 City and County   LOS ANGELES, LOS ANGELES COUNTY

 State and Zip Code  CA 90012

 Telephone Number  (213) 894-2400

 E-mail Address *(if known)*

Defendant No 10

 Name       CHRISTOPHER A. WRAY

 Job or Title *(if known)*  DIRECTOR OF FEDERAL BUREAU OF INVESTIGATION

 Street Address    300 NORTH LOS ANGELES ST, SUITE 7516

 City and County   LOS ANGELES, LOS ANGELES COUNTY

 State and Zip Code  CA 90012

 Telephone Number  (213) 894-2400

 E-mail Address *(if known)*

Defendant No. 11

 Name       DONALD J. TRUMP

 Job or Title *(if known)*  PRESIDENT (2017-2021), PRESIDENT ELECT NOV. 2024

 Street Address    300 NORTH LOS ANGELES ST, SUITE 7516

 City and County   LOS ANGELES, LOS ANGELES COUNTY

 State and Zip Code  CA 90012

 Telephone Number  (213) 894-2400

 E-mail Address *(if known)*

Defendant No. 12

 Name       HILLARY D. R. CLINTON

 Job or Title *(if known)*  U.S. SECRETARY OF STATE (2009-2013)

 Street Address    300 NORTH LOS ANGELES ST, SUITE 7516

 City and County   LOS ANGELES, LOS ANGELES COUNTY

 State and Zip Code  CA 90012

 Telephone Number  (213) 894-2400

 E-mail Address *(if known)*

COMPLAINT AND REQUEST FOR INJUNCTION, EXHIBIT 1 PG 40F7

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 13

    Name                              THE UNITED STATES

    Job or Title *(if known)*

    Street Address                    300 N. LOS ANGELES ST, SUITE 7516

    City and County                   LOS ANGELES, LOS ANGELES COUNTY

    State and Zip Code                CA 90012

    Telephone Number                  (213) 894-2400

    E-mail Address *(if known)*

Defendant No. 14

    Name                              AVRIL D. HAINES

    Job or Title *(if known)*         DIRECTOR OF NATIONAL INTELLIGENCE

    Street Address                    300 N. LOS ANGELES ST, SUITE 7516

    City and County                   LOS ANGELES, LOS ANGELES COUNTY

    State and Zip Code                CA 90012

    Telephone Number                  (213) 894-2400

    E-mail Address *(if known)*

Defendant No. 15

    Name                              ROBERT S. MUELLER III

    Job or Title *(if known)*         DIRECTOR OF FEDERAL BUREAU OF INVESTIGATION

    Street Address                    300 N. LOS ANGELES ST, SUITE 7516

    City and County                   LOS ANGELES, LOS ANGELES COUNTY

    State and Zip Code                CA 90012

    Telephone Number                  (213) 894-2400

    E-mail Address *(if known)*

Defendant No. 16

    Name                              GEORGE W. BUSH

    Job or Title *(if known)*         PRESIDENT

    Street Address                    300 N. LOS ANGELES ST, SUITE 7516

    City and County                   LOS ANGELES, LOS ANGELES COUNTY

    State and Zip Code                CA 90012

    Telephone Number                  (213) 894-2400

    E-mail Address *(if known)*

COMPLAINT AND REQUEST FOR INJUNCTION, EXHIBIT 1 PG 5 OF 7

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 17

Name                          DEPARTMENT OF DEFENSE

Job or Title *(if known)*

Street Address                300 NORTH LOS ANGELES ST, SUITE 7516

City and County               LOS ANGELES, LOS ANGELES COUNTY

State and Zip Code            CA 90012

Telephone Number             (213) 894-2400

E-mail Address *(if known)*


Defendant No. 18

Name                          CENTRAL INTELLIGENCE AGENCY

Job or Title *(if known)*

Street Address                300 NORTH LOS ANGELES ST, SUITE 7516

City and County               LOS ANGELES, LOS ANGELES COUNTY

State and Zip Code            CA 90012

Telephone Number             (213) 894-2400

E-mail Address *(if known)*


Defendant No. 19

Name                          DIRECTORATE OF OPERATIONS

Job or Title *(if known)*

Street Address                300 NORTH LOS ANGELES ST, SUITE 7516

City and County               LOS ANGELES, LOS ANGELES COUNTY

State and Zip Code            CA 90012

Telephone Number             (213) 894-2400

E-mail Address *(if known)*


Defendant No. 20

Name                          DEFENSE INTELLIGENCE AGENCY

Job or Title *(if known)*

Street Address                300 NORTH LOS ANGELES ST, SUITE 7516

City and County               LOS ANGELES, LOS ANGELES COUNTY

State and Zip Code            CA 90012

Telephone Number             (213) 894-2400

E-mail Address *(if known)*


COMPLAINT AND REQUEST FOR INJUNCTION, EXHIBIT 1 PAGE 6 OF 7

Defendant No. 21

Name                              DEPARTMENT OF JUSTICE

Job or Title *(if known)*

Street Address                    300 N. LOS ANGELES ST, SUITE 7516

City and County                   LOS ANGELES, LOS ANGELES COUNTY

State and Zip Code                CA 90012

Telephone Number                  (213) 894-2400

E-mail Address *(if known)*


Defendant No. 22

Name                              FEDERAL BUREAU OF INVESTIGATION

Job or Title *(if known)*

Street Address                    300 N. LOS ANGELES ST, SUITE 7516

City and County                   LOS ANGELES, LOS ANGELES COUNTY

State and Zip Code                CA 90012

Telephone Number                  (213) 894-2400

E-mail Address *(if known)*


Defendant No. 23

Name                              UNITED STATES CONGRESS

Job or Title *(if known)*

Street Address                    300 N. LOS ANGELES ST, SUITE 7516

City and County                   LOS ANGELES, LOS ANGELES COUNTY

State and Zip Code                CA 90012

Telephone Number                  (213) 894-2400

E-mail Address *(if known)*


Defendant No. 24

Name                              ANTHONY J. BLINKEN

Job or Title *(if known)*         SECRETARY OF STATE

Street Address                    300 NORTH LOS ANGELES ST, SUITE 7516

City and County                   LOS ANGELES, LOS ANGELES COUNTY

State and Zip Code                CA 90012

Telephone Number                  (213) 894-2400

E-mail Address *(if known)*


COMPLAINT AND REQUEST FOR INJUNCTION, EXHIBIT 1 PG 1 OF 7