KALI ZULU
805ZULU@GMAIL.COM
PO BOX 2101
SANTA MARIA CA
805 478 5926
PLAINTIFF, IN PRO PER

FILED
2025 JUN -5 PM 1:59
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CAL.
LOS ANGELES
BY: GSA

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| KALI ZULU, | CASE NO.: |
| PLAINTIFF | 2:25CV05117-AH-AS |
| VS | DECLARATION IN SUPPORT OF |
| NAME OF DEFENDANTS 1 | EX PARTE APPLICATION FOR |
| THROUGH 2, | TRO AND OSC RE PI |
| DEFENDANTS | |

1. I, KALI ZULU, DECLARE AS FOLLOWS:

2. 1. I AM THE PLAINTIFF IN THE ABOVE ENTITLED CASE.

3. 2. OPPOSING COUNSEL WAS NOT CONTACTED AS PLAINTIFF WAS INFORMED THE DEFENDANTS HAD THE RIGHT TO KILL HER.

4. 3. SEE DECLARATION ON FOLLOWING PAGE.

DECLARATION, PG 1 OF 2
Page Number

DECLARATION IN SUPPORT OF EX PARTE APPLICATION

I, KALI ZULU, DECLARE AS FOLLOWS:

1. I HAVE PERSONAL KNOWLEDGE OF THE FOLLOWING FACTS AND, IF CALLED AS A WITNESS, I COULD AND WOULD COMPETENTLY TESTIFY THERETO. I AM THE PLAINTIFF IN THIS CASE.

2. WHEN DEFENDANTS BECAME AWARE OF THIS CASE FILING PREVIOUSLY, PLAINTIFF WAS INFORMED THAT THEY (THE DEFENDANTS) HAD THE RIGHT TO KILL HER, BUT NOT THEMSELVES, THEN SHE WAS TOLD TO DIE(.) THE END OF THIS SENTENCE IS TO PREDJUDICAL TO WRITE.

3. THESE KILLING CRIMES TO HER IS INTERLOCKED TO THE CIA TERM SIGINT (SIGNAL INTELLIGENCE / SILENT COMMUNICATION) TO X.

4. THE CIA, DOD, DO AND CS DECLARE TO THE PUBLIC THAT HER MAIMING AND DEADLY INJURIES ARE TO MILITARY (CIA, DOD) SIGINT TO PROPHECY BY FBI INTELLIGENCE BRANCH AND DOJ AND USATTS.

5. PLAINTIFF ASKS FOR COURT ORDER FOR SERVICE OF PROCESS AND / OR COURT ORDERS GRANTED, TO BE FULFILLED BY PRO SE CLINIC STAFF.

6. D'S HAVE NEVER ALLOWED THE RIGHT OF DRACO (KALI ZULU (KERWIN WATTS)) TO BE SECURE IN HER PERSON, PROPERTY, PLACE OF RESIDENCE(S), PAPERS AND EFFECTS AGAINST THEFT, SEIZURE, DAMAGE, INJURY.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON MARCH 9, 2025, IN SANTA MARIA CA.

KALI ZULU

KALI ZULU
PLAINTIFF, IN PRO PER.

DECLARANTION, PG 2 OF 2