**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| KALI ZULU,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DONALD J. TRUMP, et. al.,<br><br>　　　　　　Defendants. | Case No. CV 25-5117-AH (AS)<br><br>**ORDER ACCEPTING FINDINGS,**<br>**CONCLUSIONS AND RECOMMNEDATIONS OF**<br>**UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. section 636, the Court has reviewed the complaint, the records of this case, and the Report and Recommendation of a United States Magistrate Judge to which no objections were filed. Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

　　　**IT IS ORDERED** that Plaintiff's Complaint is DISMISSED WITHOUT LEAVE TO AMEND for failure to state a claim.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Magistrate Judge's Report and Recommendation on the plaintiff.

DATED: OCTOBER 1, 2025

_____
ANNE HWANG
UNITED STATES DISTRICT JUDGE