JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| KALI ZULU,<br><br>        Plaintiff,<br><br>   v.<br><br>DONALD J. TRUMP, et. al.,<br><br>        Defendants. | Case No. CV 25-5117-AH (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, **IT IS ADJUDGED** that the above-captioned case is dismissed with prejudice.

DATED: OCTOBER 1, 2025

_____
ANNE HWANG
UNITED STATES DISTRICT JUDGE